DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR MANUEL RAMIREZ-DE LA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0296 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON |
| v. ) | |
| VICTOR MANUEL RAMIREZ-DE LA CRUZ, ) | Date: February 6, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for January 9, 2006, be continued to **February 6, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED: January 5, 2006                    MCGREGOR W. SCOTT
                                               United States Attorney


                                               By /s/ Marianne A. Pansa
                                               MARIANNE A. PANSA
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


DATED:  January 5, 2006                        DENNIS  S. WAKS
                                               Acting Federal Defender


                                               By  /s/ Mark A. Lizárraga
                                               MARK A. LIZÁRRAGA
                                               Assistant Federal Defender
                                               Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    January 9, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE