DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR MANUEL RAMIREZ-DE LA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>            Plaintiff,                        )<br>                                                        )<br>      v.                                             )<br>                                                        )<br>VICTOR MANUEL RAMIREZ-DE LA )<br>CRUZ,                                             )<br>                                                        )<br>            Defendant.                     )<br>_____ ) | Case No. 1:05-cr-0296 AWI<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>DATE : January 17, 2006<br>TIME : 9:00 a.m.<br>DEPT : Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for February 6, 2006, may be advanced to **January 17, 2006 at 9:00 a.m.**

The reason for the requested advancement is that the parties have arrived at a disposition of this matter; and defendant has executed a plea agreement.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: January 10, 2006          MCGREGOR W. SCOTT
                                 United States Attorney


                                 By /s/ Marianne A. Pansa
                                    MARIANNE A. PANSA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DATED: January 10, 2006          DENNIS S. WAKS
                                 Acting Federal Defender


                                 By /s/ Mark A. Lizárraga
                                    MARK A. LIZÁRRAGA
                                    Assistant Federal Defender
                                    Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 10, 2006**              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE